UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

COUNTY OF SUFOLK

**Plaintiff / Petitioner:**
ROTTEN RECORDS, INC.

**Defendant / Respondent:**
JOHN HOLLINGWORTH

**AFFIDAVIT OF SERVICE**

Index No:
CIVIL ACTION NO 2:16-cv-00632-ADS-AKT

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 87 High Meadow Lane, Riverhead, NY 11901. That on Mon, Feb 29 2016 AT 05:29 PM AT 20 TERRY STREET 408, PATCHGUE, NY 11772 deponent served the within SUMMONS IN A CIVIL ACTION (Received Feb 23, 2016 at 2:30pm EST), AMENDED COMPLAINT (Received Feb 23, 2016 at 2:30pm EST) on John Hollingworth

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to Dana FLaherty a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 20 Terry Street-patchogue, new York 11772, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United Stated Post Office, department, with New York State. Mailed on March 01, 2016 from USPS 11716

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 39    Ethnicity: Caucasian    Gender: Female    Weight: 135
Height: 5'6"    Hair: Black    Eyes: Blue    Relationship: Girlfriend
Other: Resides with boyfriend John Hollingworth in apartment 408

on this 1st day of March 2016, Nassau, NY ~~USA~~,

William Maseroni
2031965-DCA
SM # 789745

Sworn to before me on _____ In the County and State of

Notary Public

MARLON K. ELLIOTT
Notary Public, State of New York
No. 01EL6233768
Qualified in Nassau County
Term Expires December 27 20~~04~~18

**AGENCY**
WRM Security Services inc.
87 High Meadow Lane
Riverhead, New York 11901
631-406-9761